No. 92–6641. WOOD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6668. GILES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6669. MARTINEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6672. USELTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6688. HAMPTON v. KEAL DRIVEAWAY CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6699. RUSSELL v. RUNYON, POSTMASTER GENERAL. C. A. 1st Cir. Certiorari denied.

No. 92–6704. BAKER v. FEDERAL BUREAU OF INVESTIGATION. C. A. D. C. Cir. Certiorari denied.

No. 92–6710. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–6715. ANDERSON v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–6718. SPYCHALA v. MEYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–6720. HAIGHT v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 92–6721. HANEY v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 92–6723. HALVERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6725. JONES v. CONTINENTAL BONDWARE. C. A. 7th Cir. Certiorari denied.

No. 92–6728. SMITH v. STOTLER, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.